| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

DAN DALE KELLY, §
§
    Plaintiff, §
§
versus § CIVIL ACTION NO. 1:04-CV-521
§
CAPT. CASSIDY, LT. DOUGHHAN, §
LT. FREDERICK, SGT. MINER, §
and FIVE UNKNOWN NIGHT SHIFT §
BOOKING OFFICERS of the §
JEFFERSON COUNTY §
CORRECTIONAL FACILITY in their §
individual and official capacities, §
and JEFFERSON COUNTY, TEXAS, §
§
    Defendants. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on August 17, 2004. The court has received and considered the report of the United States magistrate judge, who recommends that the court enter judgment pursuant to settlement.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 20th day of October, 2006.

                                                    MARCIA A. CRONE
                                             UNITED STATES DISTRICT JUDGE